Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Charles H. Linehan (SBN 307439)
  clinehan@glancylaw.com
Pavithra Rajesh (SBN 323055)
  prajesh@glancylaw.com
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiff Piotr Jaszczyszyn*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIOTR JASZCZYSZYN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNPOWER CORPORATION, PETER FARICY, and MANAVENDRA S. SIAL,<br><br>Defendants. | Case No. 4:22-cv-00956-HSG<br><br>**STIPULATION AND ORDER ACCEPTING SERVICE, SETTING SCHEDULE FOR FURTHER PROCEEDINGS, AND VACATING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

---

STIPULATION AND ORDER REGARDING CASE MANAGEMENT Case No. 4:22-cv-00956-HSG

782457.2

WHEREAS, on February 16, 2022, Plaintiff Piotr Jaszczyszyn ("Plaintiff") commenced the above-captioned action against Defendants SunPower Corporation, Peter Faricy, and Manavendra S. Sial (collectively, "Defendants"), alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") (ECF No. 1);

WHEREAS, on February 18, 2022, the Court issued an Order scheduling an Initial Case Management Conference for May 17, 2022 at 2:00 p.m. and setting associated deadlines pursuant to the Federal Rules of Civil Procedure, the Civil Local Rules, and the Alternative Dispute Resolution Local Rules (*see* ECF No. 10);

WHEREAS, the PSLRA provides a procedure for the appointment of lead plaintiff and lead counsel, 15 U.S.C. § 78u-4(a)(3), and motions for appointment as lead plaintiff and approval of lead counsel must be filed no later than April 18, 2022 (*see* ECF No. 8);

WHEREAS, the Parties anticipate that the Court-appointed lead plaintiff will file an amended complaint and that Defendants will file motion(s) to dismiss;

WHEREAS, an amended complaint would render any response to the currently pending complaint moot; and

WHEREAS, the PSLRA provides that discovery shall be stayed during the pendency of any motion to dismiss, 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, the undersigned parties respectfully submit that, because the pleadings are not yet set and in light of the PSLRA's discovery stay, good cause exists to find that Defendants should not be required to respond to a complaint in this case until after lead plaintiff and lead counsel have been appointed and have filed an amended complaint and to vacate the Initial Case Management Conference and related deadlines to be reset after the Court has an opportunity to rule on Defendants' anticipated motion to dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned, subject to Court approval, as follows:

1. The undersigned counsel for Defendants hereby accepts service of the summons and complaint in this action without waiving any rights or defenses, except as to sufficiency of service.

2. The Parties agree that Defendants need not respond to the current complaint.

3. Within fourteen (14) days of entry of the Order appointing lead plaintiff and lead counsel, the Court-appointed lead plaintiff and Defendants shall confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response(s) thereto.

4. The Initial Case Management Conference set for May 17, 2022 at 2:00 p.m., and all associated deadlines, are vacated and shall be reset after the Court has an opportunity to rule on Defendants' anticipated motion to dismiss.

DATED: February 23, 2022

GLANCY PRONGAY & MURRAY LLP

By: */s/ Pavithra Rajesh*
Robert V. Prongay
Charles Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: prajesh@glancylaw.com

*Counsel for Plaintiff Piotr Jaszczyszyn*

DATED: February 23, 2022

WILSON SONSINI GOODRICH & ROSATI

By: */s/ Katherine L. Henderson*
Katherine L. Henderson
One Market Street
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2065
Facsimile: (415( 947-2099
Email: khenderson@wsgr.com

*Counsel for Defendants SunPower Corporation, Peter Faricy, and Manavendra S. Sial*

1 | Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

2 | Dated: February 23, 2022    /s/ Pavithra Rajesh
Pavithra Rajesh

\* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/24/2022

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER REGARDING CASE MANAGEMENT Case No. 4:22-cv-00956-HSG

782457.2

3