Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Charles H. Linehan (SBN 307439)
  clinehan@glancylaw.com
Pavithra Rajesh (SBN 323055)
  prajesh@glancylaw.com
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movants James Fillinger and Karla Fillinger and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIOTR JASZCZYSZYN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNPOWER CORPORATION, PETER FARICY, and MANAVENDRA S. SIAL,<br><br>Defendants. | Case No. 4:22-cv-00956-HSG<br><br>**RE-NOTICE OF THE MOTION OF JAMES FILLINGER AND KARLA FILLINGER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Date: October 6, 2022<br>Time: 2:00 p.m.<br>Crtrm.: 2 - 4th Floor<br><br>Judge: Haywood S. Gilliam, Jr. |

1

## NOTICE OF MOTION

2    **TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF**

3    **RECORD:**

4    **PLEASE TAKE NOTICE** that on October 6, 2022, at 2:00 p.m., or as soon thereafter as

5    the matter can be heard in the courtroom of the Honorable Haywood S. Gilliam, Jr., in Courtroom

6    2, 1301 Clay Street, 4th Floor, Oakland, CA 94612, James Fillinger and Karla Fillinger (the

7    "Fillingers") will move this Court for entry of an Order: (i) appointing the Fillingers as Lead

8    Plaintiff; (ii) approving the Fillingers' selection of Glancy Prongay & Murray LLP as Lead

9    Counsel; and (iii) granting such other and further relief as the Court may deem just and proper.

10    The Fillingers' motion, filed on April 18, 2022 (*see* Dkt. No. 20, the "Motion"), was

11    improperly noticed for May 26, 2022. The Fillingers hereby re-notice the motion for October 6,

12    2022. The Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of

13    1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities

14    Litigation Reform Act of 1995 (the "PSLRA"). In support of the Motion, the Fillingers submitted

15    a Memorandum of Points and Authorities in support thereof (Dkt. No. 20) and the Declaration of

16    Charles H. Linehan and the exhibits attached thereto (Dkt. No. 21), and all of the prior pleadings

17    and other files in this matter, and such other written or oral arguments as may be permitted by the

18    Court.

19

20

21

22

23

24

25

26

27

28

---

1    DATED:  April 19, 2022                    Respectfully submitted,

2                                              **GLANCY PRONGAY & MURRAY LLP**

3                                              By:    _/s/ Charles Linehan_
                                               Robert V. Prongay
4                                              Charles Linehan
                                               Pavithra Rajesh
5                                              1925 Century Park East, Suite 2100
                                               Los Angeles, California 90067
6                                              Telephone: (310) 201-9150
                                               Facsimile: (310) 201-9160
7                                              Email:  clinehan@glancylaw.com

8
                                               *Counsel for Lead Plaintiff Movants James Fillinger and*
9                                              *Karla Fillinger and Proposed Lead Counsel for the*
                                               *Class*
10

11                                             **LAW OFFICES OF HOWARD G. SMITH**
                                               Howard G. Smith
12                                             3070 Bristol Pike, Suite 112
                                               Bensalem PA 19020
13                                             Telephone: (215) 638-4847
                                               Facsimile: (215) 638-4867
14

15                                             *Additional Counsel*

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On April 19, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 19, 2022, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan