KATHERINE L. HENDERSON, State Bar No. 242676
DYLAN G. SAVAGE, State Bar No. 310452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105-1420
Email:   khenderson@wsgr.com
         dsavage@wsgr.com

Attorneys for Defendants SUNPOWER CORPORATION,
PETER FARICY, and MANAVENDRA S. SIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PIOTR JASZCZYSZYN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUNPOWER CORPORATION, PETER FARICY, and MANAVENDRA S. SIAL,<br><br>　　　　Defendants. | Case No. 4:22-cv-00956-HSG<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO LEAD PLAINTIFF MOTIONS** |

Pursuant to N.D. Cal. Civ. L.R. 7-3, Defendants SunPower Corporation, Peter Faricy, and Manavendra S. Sial (collectively, "Defendants") hereby submit this Statement of Non-Opposition as to the motions seeking appointment of lead plaintiff and/or selection of lead counsel. *See* ECF Nos. 16-30, 32-33. Defendants take no position as to who should be appointed lead plaintiff or lead counsel.

Defendants, however, do not concede that this litigation should be certified as a class action or that any of the proposed lead plaintiffs are proper class representatives. Defendants accordingly reserve the right to challenge class certification pursuant to Fed. R. Civ. P. 23 following discovery, and do not waive, but expressly preserve, any and all defenses available to them.

Dated: May 2, 2022

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Katherine L. Henderson
          Katherine L. Henderson

*Attorneys for Defendants SunPower Corporation, Peter Faricy, and Manavendra S. Sial*