KATHERINE L. HENDERSON, State Bar No. 242676
DYLAN G. SAVAGE, State Bar No. 310452
DOUGLAS W. MCMANAWAY, State Bar No. 317067
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105-1420
Email:   khenderson@wsgr.com
         dsavage@wsgr.com
         dmcmanaway@wsgr.com

Attorneys for Defendants SUNPOWER CORPORATION,
PETER FARICY, and MANAVENDRA S. SIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PIOTR JASZCZYSZYN, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>      v.<br><br>SUNPOWER CORPORATION, PETER FARICY, and MANAVENDRA S. SIAL,<br><br>           Defendants. | Case No. 4:22-cv-00956-HSG<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS SUNPOWER CORPORATION, PETER FARICY, AND MANAVENDRAS S. SIAL** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD HEREIN:**

PLEASE TAKE NOTICE that Douglas W. McManaway (State Bar No. 317067) of Wilson Sonsini Goodrich & Rosati, P.C., hereby enters his appearance in the above-captioned case as counsel of record on behalf of Defendants SunPower Corporation, Peter Faricy, and Manavendra S. Sial (collectively, "Defendants").  Defendants hereby request that all further pleadings, notices, documents or other papers herein be provided and served upon counsel as follows:

> DOUGLAS W. MCMANAWAY
> WILSON SONSINI GOODRICH & ROSATI
> Professional Corporation
> 650 Page Mill Road
> Palo Alto, CA 94304
> Tel: (650) 493-9300
> Facsimile: (650) 943-6811
> Email: dmcmanaway@wsgr.com

By filing this notice, Defendants do not waive, and expressly reserve, any and all defenses available to them.

Dated: September 29, 2022               Respectfully submitted,

                                        WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation

                                        By:   /s/ Douglas W. McManaway
                                              Douglas W. McManaway

                                        *Attorneys for Defendants SunPower Corporation, Peter Faricy, and Manavendra S. Sial*