KATHERINE L. HENDERSON, State Bar No. 242676
DYLAN G. SAVAGE, State Bar No. 310452
DOUGLAS W. MCMANAWAY, State Bar No. 317067
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105-1420
Tel: (415) 947-2000
Facsimile: (415) 947-2099
Email:   khenderson@wsgr.com
         dsavage@wsgr.com
         dmcmanaway@wsgr.com

Attorneys for Defendants SUNPOWER CORPORATION,
PETER FARICY, and MANAVENDRA S. SIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PIOTR JASZCZYSZYN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SUNPOWER CORPORATION, PETER FARICY, and MANAVENDRA S. SIAL, <br><br> Defendants. | Case No. 4:22-cv-00956-HSG <br><br> **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS SUNPOWER CORPORATION, PETER FARICY, AND MANAVENDRAS S. SIAL** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD HEREIN:**

PLEASE TAKE NOTICE that Dylan G. Savage (State Bar No. 310452) of Wilson Sonsini Goodrich & Rosati, P.C., hereby enters her appearance in the above-captioned case as counsel of record on behalf of Defendants SunPower Corporation, Peter Faricy, and Manavendra S. Sial (collectively, "Defendants"). Defendants hereby request that all further pleadings, notices, documents or other papers herein be provided and served upon counsel as follows:

> DYLAN G. SAVAGE
> WILSON SONSINI GOODRICH & ROSATI
> Professional Corporation
> One Market Street
> Spear Tower, Suite 3300
> San Francisco, CA 94105-1420
> Tel: (415) 947-2000
> Facsimile: (415) 947-2099
> Email: dsavage@wsgr.com

By filing this notice, Defendants do not waive, and expressly reserve, any and all defenses available to them.

Dated: September 29, 2022

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _/s/ Dylan G. Savage_
    Dylan G. Savage

*Attorneys for Defendants SunPower Corporation, Peter Faricy, and Manavendra S. Sial*

-1-