ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
DANIELLE S. MYERS (259916)
JENNIFER N. CARINGAL (286197)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff
Steamfitters Local 449 Pension & Retirement Security Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIOTR JASZCZYSZYN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br> vs.<br><br>SUNPOWER CORPORATION, et al.,<br><br>        Defendants. | Case No. 4:22-cv-00956-HSG<br><br>CLASS ACTION<br><br>STATEMENT OF MICHAEL ALBERT IN RESPONSE TO ORDER (ECF 44) |

I, MICHAEL ALBERT, state as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am a partner of the law firm Robbins Geller Rudman & Dowd LLP.

2. I make this statement in response to the Court's October 6, 2022 Order. *See* ECF 44.

3. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

4. I am the counsel responsible for appearing on behalf of our client at the October 6, 2022 hearing.

5. There is no satisfactory excuse to the Court or to myself for not appearing at the October 6, 2022 hearing. To say that I am embarrassed by the calendaring error that caused my absence is a gross understatement. As background, my Firm's Lead Plaintiff Practice Group has a calendaring process in place which was followed when our client's lead plaintiff motion was initially filed with a May 26, 2022 motion hearing date. *See* ECF 25. I inadvertently overrode that process on April 19, 2022 upon re-noticing the motion hearing for October 6, 2022. *See* ECF 33. My error resulted in our Lead Plaintiff Practice Group calendar reflecting a vacated May 26, 2022 hearing but not a re-noticed October 6, 2022 hearing.

6. I have been an attorney since 2014. I have never before been late to or missed a court proceeding. For me, the opportunity to be the attorney to appear before Your Honor and to conduct oral argument is a rare privilege and I want to assure the Court that my failure to attend the October 6, 2022 hearing was not the result of indifference or lack of respect for the Court's time or the importance of this proceeding. I respectfully request the Court not issue sanctions for my failure to attend the October 6, 2022 hearing.

7. I sincerely apologize to the Court, its staff, Court Reporter Mercado, and Mr. McManaway. If the Court is willing to indulge me, I respectfully request the opportunity to apologize in person to the Court and its staff.

STATEMENT OF MICHAEL ALBERT IN RESPONSE TO ORDER (ECF 44) - 4:22-cv-00956-HSG        - 1 -

1   I state under penalty of perjury on that the foregoing is true and correct.  Executed on
2  October 7, 2022, at San Diego, California.

s/ Michael Albert
MICHAEL ALBERT

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on October 7, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<u>     s/ Michael Albert            </u>
MICHAEL ALBERT

ROBBINS GELLER RUDMAN
      & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  malbert@rgrdlaw.com

# Mailing Information for a Case 4:22-cv-00956-HSG Jaszczyszyn v. SunPower Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,MAlbert@ecf.courtdrive.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Katherine Leigh Henderson**
  khenderson@wsgr.com,lnicolini@wsgr.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Douglas W. McManaway**
  dmcmanaway@wsgr.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,shawnw@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Pavithra Rajesh**
  prajesh@glancylaw.com,pavithra-rajesh-9402@ecf.pacerpro.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net,lrosen@ecf.courtdrive.com

- **Dylan Grace Savage**
  dsavage@wsgr.com,lnicolini@wsgr.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`