KATHERINE L. HENDERSON, State Bar No. 242676
DYLAN G. SAVAGE, State Bar No. 310452
DOUGLAS W. MCMANAWAY, State Bar No. 317067
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105-1420
Email:   khenderson@wsgr.com
         dsavage@wsgr.com
         dmcmanaway@wsgr.com

Attorneys for Defendants SUNPOWER CORPORATION,
PETER FARICY, and MANAVENDRA S. SIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PIOTR JASZCZYSZYN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SUNPOWER CORPORATION, PETER FARICY, and MANAVENDRA S. SIAL, <br><br> Defendants. | Case No. 4:22-cv-00956-HSG <br><br> **STIPULATION AND ORDER SETTING SCHEDULE FOR FILING OF AMENDED COMPLAINT AND BRIEFING OF MOTION TO DISMISS AND VACATING INITIAL CASE MANAGEMENT CONFERENCE** |

WHEREAS, on February 16, 2022, plaintiff Piotr Jaszczyszyn commenced the above-captioned action against Defendants SunPower Corporation, Peter Faricy, and Manavendra S. Sial (collectively, "Defendants"), alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") (ECF No. 1);

WHEREAS, on February 24, 2022, the Court entered a stipulation and order, requested by the parties, providing that Defendants did not need to respond to the current complaint, that discovery in the action would be stayed pending the result of any motion to dismiss, that the then-scheduled initial case management conference was canceled, and that within fourteen (14) days after the entry of an order appointing lead plaintiff, the parties should confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response thereto;

WHEREAS, on October 13, 2022, the Court appointed the Steamfitters Local 449 Pension & Retirement Security Funds ("Lead Plaintiff") as lead plaintiff and approved their choice of Robbins Geller Rudman & Dowd LLP as lead counsel for the putative class (ECF No. 49);

WHEREAS, on October 13, 2022, the Court set an initial case management conference for November 22, 2022 and ordered a case management statement by November 15, 2022;

WHEREAS, Lead Plaintiff anticipates that it will file an amended complaint;

WHEREAS, Defendants anticipate that they will file motion(s) to dismiss any amended complaint;

WHEREAS, the PSLRA provides that discovery shall be stayed during the pendency of any motion to dismiss, 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, the undersigned parties respectfully submit that, because the pleadings are not yet set and in light of the PSLRA's discovery stay, good cause exists to vacate the initial case management conference and related deadlines to be reset after the Court has an opportunity to rule on Defendants' anticipated motion to dismiss; and

WHEREAS, the schedule set forth herein will not affect any existing case schedule;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned, subject to approval of this Court, as follows:

1. Plaintiff shall file an amended complaint by December 15, 2022;
2. Defendants shall file motion(s) to dismiss by February 24, 2023;
3. Plaintiff shall file any opposition to a motion to dismiss by April 21, 2023;
4. Defendants shall file any reply in support of a motion to dismiss by June 12, 2023;
5. The initial case management conference set for November 22, 2022, at 2:00 p.m., and all associated deadlines (including the deadline that a case management statement be submitted by November 15, 2022) are vacated and shall be reset after the Court has an opportunity to rule on Defendants' motion(s) to dismiss.

Dated: October 27, 2022               Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Katherine L. Henderson
Katherine L. Henderson
Dylan G. Savage
Douglas W. McManaway
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105-1420
Email: khenderson@wsgr.com

*Attorneys for Defendants SunPower Corporation, Peter Faricy, and Manavendra S. Sial*

ROBBINS GELLER RUDMAN & DOWD LLP

By: s/ Kenneth J. Black
Shawn A. Williams
Kenneth J. Black
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 41
Email: shawnw@rgrdlaw.com

*Attorneys for Lead Plaintiff Steamfitters Local 449 Pension & Retirement Security Funds*

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: October 27, 2022                    /s/ Katherine L. Henderson
                                           Katherine L. Henderson

\* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/28/2022                          _____
                                           HONORABLE HAYWOOD S. GILLIAM, JR.
                                           United States District Judge

-4-

STIPULATION AND ORDER SETTING SCHEDULE FOR
FILING OF AMENDED COMPLAINT AND BRIEFING OF MOTION TO DISMISS
CASE NO. 4:22-cv-00956-HSG