1  KATHERINE L. HENDERSON, State Bar No. 242676
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   One Market Street
3  Spear Tower, Suite 3300
   San Francisco, CA 94105-1420
4  Telephone: 415.947.2000
   Facsimile: 866.974.7329
5  Email:   khenderson@wsgr.com

6  Attorneys for Defendants SUNPOWER CORPORATION,
   PETER FARICY, and MANAVENDRA S. SIAL
7

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13  PIOTR JASZCZYSZYN, Individually and on      )   Case No. 4:22-cv-00956-HSG
    Behalf of All Others Similarly Situated,    )
14                                              )   **NOTICE OF WITHDRAWAL OF**
                     Plaintiff,                 )   **ATTORNEY OF RECORD**
15                                              )   **DOUGLAS W. McMANAWAY**
           v.                                   )
16                                              )
    SUNPOWER CORPORATION, PETER                 )
17  FARICY, and MANAVENDRA S. SIAL,             )
                                                )
18                   Defendants.                )
                                                )

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD HEREIN:**

PLEASE TAKE NOTICE that DOUGLAS W. McMANAWAY, formerly of Wilson Sonsini Goodrich & Rosati, P.C., hereby withdraws as attorney of record for Defendants SunPower Corporation, Peter Faricy, and Manavendra S. Sial ("Defendants") effective as of February 21, 2023.  Defendants retain their representation by the other listed counsel of record.

Dated: February 21, 2023

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Katherine L. Henderson
       Katherine L. Henderson

*Attorneys for Defendants SunPower Corporation, Peter Faricy, and Manavendra S. Sial*