KATHERINE L. HENDERSON, State Bar No. 242676
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105-1420
Telephone: 415.947.2000
Facsimile: 866.974.7329
Email: khenderson@wsgr.com

Attorneys for Defendants SUNPOWER CORPORATION,
PETER FARICY, and MANAVENDRA S. SIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PIOTR JASZCZYSZYN, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>SUNPOWER CORPORATION, PETER FARICY, and MANAVENDRA S. SIAL,<br><br>  Defendants. | Case No. 4:22-cv-00956-HSG<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS SUNPOWER CORPORATION, PETER FARICY, AND MANAVENDRAS S. SIAL** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD HEREIN:**

PLEASE TAKE NOTICE that Ava K. Mehta (State Bar No. 341686) of Wilson Sonsini Goodrich & Rosati, P.C., hereby enters her appearance in the above-captioned case as counsel of record on behalf of Defendants SunPower Corporation, Peter Faricy, and Manavendra S. Sial (collectively, "Defendants").  Defendants hereby request that all further pleadings, notices, documents or other papers herein be provided and served upon counsel as follows:

AVA K. MEHTA
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:  415.947.2000
Facsimile:  866.974.7329
Email:  amehta@wsgr.com

Dated: February 21, 2023              Respectfully submitted,

                                                      WILSON SONSINI GOODRICH & ROSATI
                                                      Professional Corporation

                                                      By:   /s/ Ava K. Mehta
                                                              Ava K. Mehta

*Attorneys for Defendants SunPower Corporation, Peter Faricy, and Manavendra S. Sial*