| | |
|---|---|
| 1 | KATHERINE L. HENDERSON, State Bar No. 242676 |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 2 | Professional Corporation |
|   | One Market Street |
| 3 | Spear Tower, Suite 3300 |
|   | San Francisco, CA 94105-1420 |
| 4 | Telephone: 415.947.2000 |
|   | Facsimile:  866.974.7329 |
| 5 | Email:    khenderson@wsgr.com |

Attorneys for Defendants SUNPOWER CORPORATION, PETER FARICY, and MANAVENDRA S. SIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PIOTR JASZCZYSZYN, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:22-cv-00956-HSG |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS SUNPOWER CORPORATION, PETER FARICY, AND MANAVENDRAS S. SIAL** |
| v. | |
| SUNPOWER CORPORATION, PETER FARICY, and MANAVENDRA S. SIAL, | |
| Defendants. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD HEREIN:**

PLEASE TAKE NOTICE that Yana Pavlova (State Bar No. 332858) of Wilson Sonsini Goodrich & Rosati, P.C., hereby enters her appearance in the above-captioned case as counsel of record on behalf of Defendants SunPower Corporation, Peter Faricy, and Manavendra S. Sial (collectively, "Defendants").  Defendants hereby request that all further pleadings, notices, documents or other papers herein be provided and served upon counsel as follows:

YANA PAVLOVA
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street, Spear Tower
Suite 3300
San Francisco, CA 94105
Tel: (415) 947-2000
Facsimile: (866) 974-7329
Email: ypavlova@wsgr.com

Dated: February 21, 2023                     Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Yana Pavlova
          Yana Pavlova

*Attorneys for Defendants SunPower Corporation, Peter Faricy, and Manavendra S. Sial*