KATHERINE L. HENDERSON, State Bar No. 242676
Email: khenderson@wsgr.com
YANA PAVLOVA, State Bar No. 332858
Email: ypavlova@wsgr.com
AVA K. MEHTA, State Bar No. 341686
Email: amehta@wsgr.com
WILSON SONSINI GOODRICH & ROSATI P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000

JOHN C. ROBERTS JR., admitted *pro hac vice*
Email: jroberts@wsgr.com
WILSON SONSINI GOODRICH & ROSATI P.C.
701 5th Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500

Attorneys for SunPower Corporation,
Peter Faricy, and Manavendra S. Sial

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PIOTR JASZCZYSZYN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SUNPOWER CORPORATION, et al., <br><br> Defendants. | Case No. 4:22-cv-00956-AMO <br><br> **DEFENDANTS' RE-NOTICE OF MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF SECURITIES LAWS** <br><br> Hearing Date: June 22, 2023 <br> Hearing Time: 2:00 p.m. <br> Dept.: Courtroom 10, 19th Floor <br> Judge: Hon. Araceli Martínez-Olguín |

# RE-NOTICE OF MOTION

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that Defendants SunPower Corporation, Peter Faricy, and Manavendra S. Sial ("Defendants") hereby re-notice their Motion to Dismiss Amended Class Action Complaint for Violation of Securities Laws, ECF No. 63, for June 22, 2023 at 2:00 p.m., or as soon thereafter as the matter may be heard, before the Honorable Araceli Martínez-Olguín of the United States District Court for the Northern District of California, San Francisco Division, at the San Francisco Courthouse, Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: May 11, 2023

Respectfully submitted,

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation

By: /s/ *Katherine L. Henderson*
KATHERINE L. HENDERSON, SBN 242676
Email: khenderson@wsgr.com
YANA PAVLOVA, SBN 332858
Email: ypavlova@wsgr.com
AVA K. MEHTA, SBN 341686
Email: amehta@wsgr.com
WILSON SONSINI GOODRICH & ROSATI P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000

JOHN C. ROBERTS JR.*,* admitted *pro hac vice*
Email: jroberts@wsgr.com
WILSON SONSINI GOODRICH & ROSATI P.C.
701 5th Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500

Attorneys for SunPower Corporation, Peter Faricy, and Manavendra S. Sial