KATHERINE L. HENDERSON, State Bar No. 242676
Email: khenderson@wsgr.com
DYLAN G. SAVAGE, State Bar No. 310452
Email: dsavage@wsgr.com
YANA PAVLOVA, State Bar No. 332858
Email: ypavlova@wsgr.com
AVA K. MEHTA, State Bar No. 341686
Email: amehta@wsgr.com
WILSON SONSINI GOODRICH & ROSATI P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000

JOHN C. ROBERTS JR.*,* admitted *pro hac vice*
Email: jroberts@wsgr.com
WILSON SONSINI GOODRICH & ROSATI P.C.
701 5th Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500

Attorneys for SunPower Corporation,
Peter Faricy, and Manavendra S. Sial
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PIOTR JASZCZYSZYN, Individually and on Behalf of All Others Similarly Situated, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>SUNPOWER CORPORATION, PETER FARICY, and MANAVENDRA S. SIAL, <br><br>　　　　Defendants. | Case No. 3:22-cv-00956-AMO <br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS** |

WHEREAS, on February 16, 2022, plaintiff Piotr Jaszczyszyn commenced the above-captioned action against defendants SunPower Corporation, Peter Faricy, and Manavendra S. Sial (collectively, "Defendants"), alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") (ECF No. 1);

WHEREAS, on October 13, 2022, the Court appointed Steamfitters Local 449 Pension & Retirement Security Funds as lead plaintiff ("Lead Plaintiff," together with Defendants, "Parties") (ECF No. 49);

WHEREAS, on October 27, 2022, the Court ordered a schedule for Lead Plaintiff to file an amended complaint, and for briefing and a hearing on Defendants' motion to dismiss the amended complaint (ECF No. 52);

WHEREAS, Lead Plaintiff filed an amended complaint on December 15, 2022 (ECF No. 55);

WHEREAS, Defendants filed a motion to dismiss Lead Plaintiff's amended complaint on February 24, 2023 (ECF No. 63), Lead Plaintiff filed an opposition to Defendants' motion on April 21, 2023 (ECF No. 67), and Defendants filed a reply in support of their motion by June 12, 2023 (ECF No. 75);

WHEREAS, on May 10, 2023, this action was reassigned to the Honorable Araceli Martinez-Olguin, and all scheduled hearing dates were vacated (ECF No. 69);

WHEREAS, on July 7, 2023, the hearing on Defendants' motion to dismiss was reset to Thursday, October 5, 2023 at 2 p.m. (ECF No. 79);

WHEREAS, counsel for Defendants cannot attend the October 5, 2023 hearing due to previously scheduled obligations outside the country in another matter;

WHEREAS, the Parties conferred regarding their schedules and the Court's calendar and agreed that all Parties could be available for a hearing on Thursday, October 26, 2023, at 2 p.m.;

WHEREAS, the schedule set forth herein will not affect any existing case schedule;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned, subject to approval of this Court, that the hearing for Defendants' motion to dismiss shall be continued and reset to Thursday, October 26, 2023 at 2 p.m. in San Francisco, Courtroom 10, 19th Floor before Judge Araceli Martínez-Olguín.

Dated: July 10, 2023                    Respectfully submitted,

                                                WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Katherine L. Henderson*
Katherine L. Henderson, SBN 242676
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105-1420
Telephone:  (415) 947-2000
Email: khenderson@wsgr.com

*Attorneys for Defendants SunPower Corporation, Peter Faricy, and Manavendra S. Sial*

Dated: July 10, 2023                    ROBBINS GELLER RUDMAN & DOWD LLP

By:  */s/ Kenneth J. Black*
Shawn A. Williams, SBN 213113
Willow E. Radcliffe, SBN 200087
Kenneth J. Black, SBN 291871
Snehee Khandeshi, SBN 342654
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Email: shawnw@rgrdlaw.com

*Attorneys for Lead Plaintiff Steamfitters Local 449 Pension & Retirement Security Funds*

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated:  July 10, 2023                    */s/ Katherine L. Henderson*
Katherine L. Henderson

\*   \*   \*

-2-
STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS
CASE NO. 3:22-cv-00956-AMO

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____ July 14, 2023           _____
                                             HONORABLE ARACELI MARTÍNEZ-OLGUÍN
                                             United States District Judge